UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE:  BALLARD, CHARLES KEVIN<br>BALLARD, MELANIE MARIE<br>  Debtor(s) | CASE NO. 09-25500 JPK |

**NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED
STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT**

TO: THE HONORABLE  J PHILLIP KLINGEBERGER:

Comes now Stacia L. Yoon, Trustee, and states as follows:

1.  I am the duly appointed Trustee and, as such, hold funds of this estate which should be distributed to creditors thereof.

2. Pursuant to FRBP 3011, the following creditors listed on the attached Exhibit A are entitled to distribution of less than $5.00 each.

3.  Pursuant to FRBP 3010, the distributions shown in Paragraph 2 herein are to be treated in the same manner as unclaimed funds, as provided for in 11 U.S.C. §347.

4.  Trustee now tenders these sum(s) to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

DATED:       November 22, 2010          By: /s/ Stacia L. Yoon
                                        STACIA L. YOON, TRUSTEE #16933-53
                                        Genetos Retson & Yoon LLP
                                        8585 Broadway, Suite 480
                                        Merrillville, IN 46410
                                        Telephone: (219) 755-0401
                                        bankruptcy@grymlaw.com


**DISTRIBUTION:**
Electronically:
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Laura R.  Rochet, lrr@geracilaw.com
Regular Mail:
BALLARD, CHARLES KEVIN, 85 RUSHING WATER DRIVE, PORTAGE, IN 46368
BALLARD, MELANIE MARIE, 85 RUSHING WATER DRIVE, PORTAGE, IN 46368
American Infosource Lp As Agent for Asta-Vativ, P.O. Box 248838, Oklahoma City, OK 73124-8838
Porter Hospital, % Nationwide Recovery Service, P.O. Box 8005, Cleveland, TN 37320-8005
Radiologic Assoc. Of NW IN, % Gregory Hagan, 304 West U.S. Highway 6, Valparaiso, IN 46385

Printed: 11/18/10 07:41 AM

# Claims Distribution Small Checks

Page: 1

Trustee: Stacia L. Yoon, Chapter 7 Trustee (340450)

Case: 09-25500 - BALLARD, CHARLES KEVIN

| Account No. | Check No. | Issued | | | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Filed | Priority | Claimant | | | | |
| 9200375587 6366 | 111 | | 11/18/10 | Payee: | U.S. Bankruptcy Court | | | Check Amount: | $8.10 |
| | | 4 | 04/28/10 | 610 | American Infosource Lp As Agent for Asta-Vativ<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | 85.83 | 85.83 | 4.17 | 4.17 |
| | | 7 | 04/30/10 | 610 | Porter Hospital<br>c/o Nationwide Recovery Service<br>PO Box 8005<br>Cleveland, TN 37320-8005 | 33.92 | 33.92 | 1.65 | 1.65 |
| | | 10 | 06/18/10 | 610 | RADIOLOGIC ASSOC. OF NW IN<br>C/O GREGORY HAGAN<br>304 W US HWY 6<br>VALPARAISO, IN 46385 | 46.95 | 46.95 | 2.28 | 2.28 |

(*) Denotes objection to Amount Filed